UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEITH M. BAITY,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL<br>   SERVICE,<br><br>                    Defendant. | Case No. CV-16-103-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Defendant United States Postal Service's Motion to Dismiss for Lack of Jurisdiction is GRANTED, and this action DISMISSED.

      Dated this 12th day of January, 2017.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ A. Puhrmann
                                      A. Puhrmann, Deputy Clerk